### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY WILLIS WADE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARRY ROHRBOUGH, et. al., ) <br> ) <br> Defendants. ) | Case No. CIV-21-00101-PRW |

### **ORDER**

Plaintiff, appearing *pro se*, filed this action pursuant to 42 U.S.C. § 1983 and sought to proceed *in forma pauperis*. On June 22, 2021, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation (Dkt. 19) recommending Plaintiff's action be dismissed without prejudice based on his failure to comply with the Court's Orders and/or keep the Court apprised of his current contact information. The Court has attempted to provide Plaintiff sufficient notice of the possibility of dismissal and gave him an additional response opportunity through objection to the Report and Recommendation (Dkt. 19) by no later than July 12, 2021. To date, Plaintiff has filed no objections. Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 1st day of October 2021.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE